UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

JOSEPH GUARNERI,

                        Plaintiff,

  v.                                                    9:14-CV-1546
                                                     (DNH/DEP)

CORRECTIONAL OFFICER JOHN CRAWELY,

                        Defendant.

---------------------------------
APPEARANCES:

JOSEPH GUARNERI
Plaintiff, pro se
1009 East Main Street
Cobleskill, NY 12403

HON. THOMAS MARCELLE                    ADAM G. GIANGRECO, ESQ.
Albany County Attorney                     Ass't Count Attorney
112 State Street
Room 1010
Albany, NY 12207

DAVID N. HURD
United States District Judge

# DECISION and ORDER

Pro se plaintiff Joseph Guarneri brought this action pursuant to 42 U.S.C. § 1983. On April 27, 2015, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed for failure to prosecute. No objections to the Report-Recommendation were filed.[1]

---

[1] The Report-Recommendation was sent to plaintiff by both regular mail and certified mail. Both times the mail was returned as undeliverable.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED, sua sponte, for failure to prosecute; and

2. The Clerk enter judgment accordingly, close the file, and serve a copy of this Decision and Order upon the parties in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: May 26, 2015
      Utica, New York.